**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**KENNETH L CARTER**                           **CASE NO.  3:22-CV-05901**

**VERSUS**                                     **JUDGE TERRY A. DOUGHTY**

**GRAPHIC PACKAGING INTERNATIONAL**            **MAG. JUDGE KAYLA D. MCCLUSKY**
**L L C**

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 18], no objections thereto having been filed, but noting that Plaintiff has filed a Second amended Complaint [Doc. No. 23], the Court declines to adopt the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that Defendant's Motion to Dismiss Complaint [Doc. No. 3] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Amended Complaint [Doc. No. 14] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 10th day of July, 2023.

_____
Terry A. Doughty
United States District Judge